AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wayne Mood <br> *Plaintiff* <br> V. <br> CCC Goup, Inc. <br> *Defendants* | Civil Action No. 2:24-cv-07084-DCN-MGB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Wayne Mood, shall take nothing of Defendant, CCC Group, Inc., as to the complaint filed and this case is dismissed in full.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable, David C Norton, United States District Judge, presiding. The Court having granted the Motion to Dismiss.

Date: September 10, 2025

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*